**Appeal Reinstated; Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 27, 2017.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00407-CV

**IFS2I CONSULTING LLC AND IFS2I FRANCE, Appellants**

**V.**

**GOLDVEIN, S.A., Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 13-DCV-211220**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 20, 2015. The appeal was abated on May 19, 2015. On July 24, 2017, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is reinstated and dismissed.

PER CURIAM

Panel consists of Justices Boyce, Donovan, and Jewell